UNITED STATES DISTRICT COURT
District of Columbia

United States of America
v.

RICHARD GRAHAM FOOTE O'DONOGHUE (also known as GRAHAM O'DONOGHUE),

_Defendant_

)   Case: 1:24-cr-00566
)   Assigned To : Kollar-Kotelly, Colleen
)   Assign. Date : 12/12/2024
)   Description: INDICTMENT (B)
)   Case Related No: 24-cr-239 (CKK)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Richard Graham Foote O'Donoghue,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

26 U.S.C. § 7201 (Tax Evasion)
26 U.S.C. § 7206(1) (Subscribing to False Returns)
18 U.S.C. § 1001 (False Statements)

Date:   12/12/2024

_Issuing officer's signature_

City and state:   Washington, D.C.

Matthew J. Sharbaugh, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 12/12/2024, and the person was arrested on _(date)_ 05/09/2025
at _(city and state)_ Boston, MA.

Date:   5/9/2024

_Arresting officer's signature_

Special Agent Adam Soline