# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD GRAHAM FOOTE O'DONOGHUE,<br>a/k/a GRAHAM O'DONOGHUE<br><br>    Defendant. | Case No. 1:24-CR-00566 |

## NOTICE OF DISCOVERY

The government requests that the attached discover letter, dated July 18, 2025, be made part of the record in this case

                                          Respectfully submitted,

                                          KAREN E. KELLY
                                          Acting Deputy Assistant Attorney General for
                                                Criminal Matters

By:  _/s/ Ezra Spiro_
                    Ezra Spiro
                    NY Bar No. 5291838
                    Trial Attorney
                    Department of Justice Tax Division
                    150 M Street, NE
                    Washington, DC 20002

JEANINE FERRIS PIRRO
United States Attorney
N.Y. Bar No. 1387455

By: _____
Joshua A. Gold
TX Bar No. 24103101

Sarah C. Ranney
NY Bar No. 5050919

Assistant United States Attorneys
U.S. Attorney's Office
601 D Street NW
Washington, DC 20530



**U.S. Department of Justice**
Tax Division

*Northern Criminal Enforcement Section*

| | |
|---|---|
| *150 M Street N.E.* | *202-514-5150* |
| *Washington, D.C.  20002* | *202-514-8455* |

KEK:JNK:EKS
DJ 5-76-30535
CMN 2023200226

July 18, 2025

David C. Rybicki, Esq,
Robert S. Silverblatt, Esq.
K&L Gates LLP
1601 K Street, NW
Washington, D.C. 20006

    Re:    United States v. Richard Graham Foote O'Donoghue (1:24-cr-566)

Dear Counsel:

    Pursuant to the Government's discovery obligations, and the Court's May 21, 2025 Protective Order, the Government is making its fourth production of discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure.[1] This production is being transmitted via access to a shared folder, which will allow you to immediately download the documents. The password to the file will be shared separately. In compliance with Rule 16(c), the Government will supplement this production as noted below and if and when other additional discoverable material becomes available.

    This production includes 26 documents with Bates numbers ROD-USAPROD-00112940 to ROD-USAPROD-00113170. These documents include law enforcement interview reports and records from various potential witnesses in the United Kingdom, as well as certain emails with your client's former attorney.

---

[1] The Government may be providing, as a courtesy, material that is not discoverable under Rule 16, the Jencks Act, Giglio, or Brady. The fact that certain non-discoverable materials are provided in no way obligates the Government to provide all non-discoverable materials.

- 2 -

    Please do not hesitate to contact us if you have any questions regarding further discovery or a disposition of this matter.

Sincerely yours,

EZRA SPIRO
Trial Attorney
Department of Justice, Tax Division

JOSH GOLD
SARAH RANNEY
Assistant U.S. Attorneys
U.S. Attorney for the District of Columbia