**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Criminal No. 24-CR-566 (CKK)** |
| **v.** | **:** | |
| | **:** | |
| **RICHARD GRAHAM FOOTE** | **:** | |
| **O'DONOGHUE (also known as** | **:** | |
| **GRAHAM O'DONOGHUE),** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**UNITED STATES' MOTION FOR LEAVE TO FILE A SUR-REPLY**
**TO DEFENDANT'S MOTION TO MODIFY HIS CONDITIONS OF RELEASE**

The United States, by and through the undersigned attorneys, files this motion for leave to file the attached Sur-Reply Opposing Defendant's Motion to Modify Conditions of Release in order to provide the Court with information calling into question several factual assertions made in Defendant's Reply (ECF 43) supporting Defendant's Motion to Modify Conditions of Release (ECF 39).    Defendant opposes this motion.[1]

Should the Court prefer, in lieu of granting leave for the government to file the attached sur-reply, the government will be prepared to present the attachments and arguments at the status hearing scheduled for October 6, 2025.

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By _____/s/_____
Sarah Ranney (NY Bar No. 5050919)
Josh Gold (Texas Bar No. 415793)
Assistant United States Attorneys

---

1 As relayed to government counsel, Defendant's position is that the issue has been fully briefed, and Defendant's counsel will be prepared to address the matter at the status conference on October 6, should the Court have any questions.

601 D Street NW
Washington, DC 20530
Office: (202) 252-4490

Ezra Spiro (NY Bar No. 5921838)
Trial Attorney
DOJ Tax Division
150 M Street NW
Washington, DC 20002
Office: (202) 514-5500