IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD GRAHAM FOOTE O'DONOGHUE<br>a/k/a GRAHAM O'DONOGHUE<br><br>Defendant. | 1:24-CR-00566 (CKK) |

### UNITED STATES' UNOPPOSED MOTION FOR UPDATED SCHEDULING ORDER

The United States, by and through the undersigned attorneys, respectfully moves the Court to enter the attached Pretrial Scheduling Order. During the February 6, 2026 status hearing, the Court requested that the parties propose a new pretrial schedule. After consultation, the parties propose the attached Order and, if the schedule of deadlines is acceptable to the Court, respectfully request that the Court enter it.

Respectfully submitted,

By:   /s/ Ezra Spiro
Ezra Spiro (NY Bar No. 5291838)
Trial Attorney
Department of Justice Criminal Division

Sarah C. Ranney (NY Bar No. 5050919)
Assistant United States Attorney
U.S. Attorney for the District of Columbia