UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD GRAHAM FOOTE O'DONOGHUE, a/k/a GRAHAM O'DONOGHUE,<br><br>Defendant. | Criminal No.  24-566 (CKK) |

**AMENDED PRETRIAL SCHEDULING ORDER**
(February 19, 2026)

*Deadlines*

Discovery & Associated Deadlines
Government to complete any Rule 16 discovery under present indictment   April 8, 2026
Discovery motions (Fed. R. Crim. P. 16)   May 8, 2026[1]

Expert Notices & Other Crimes Evidence
Government's expert notice (FRE 701 & 702)   June 9, 2026
Defendant's expert notice (FRE 701 & 702)   July 9, 2026
Government's FRE 404(b) notice   June 5, 2026
*Brady* notice   June 9, 2026

Experts
Government's expert reports (FRE 702)   July 6, 2026
Defense expert reports (FRE 702)   August 6, 2026
Government's lay witness identification and subject matter (FRE 701)   July 6, 2026
Defense lay witness identification and subject matter (FRE 701)   August 6, 2026

Non-Evidentiary Pretrial Motions[2]
Defendant's non-evidentiary pretrial motions,
such as motions challenging the indictment   May 22, 2026
    Responses to non-evidentiary motions   June 12, 2026
    Defendant's reply as to non-evidentiary motions   June 26, 2026

---

[1] This deadline does not apply to motions to compel expert discovery, *Brady*, *Giglio* or Jencks which may be filed following expert, *Brady*, *Gilio* and Jencks deadlines set forth herein.

[2] Should either party file non-evidentiary or other motions before any of the deadlines set forth herein, the parties will work out a reasonable briefing schedule.

| | |
|---|---|
| Government's non-evidentiary pretrial motions | May 22, 2026 |
|     Defendant's response to Government's non-evidentiary motions | June 12, 2026 |
|     Government's reply as to non-evidentiary motions | June 26, 2026 |

Evidentiary Pretrial Motions

| | |
|---|---|
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence, or *Daubert* | August 20, 2026 |
|     Government's response to Defendant's evidentiary motions | September 3, 2026 |
|     Defendant's reply as to evidentiary motions | September 10, 2026 |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | August 20, 2026 |
|     Defendant's response to Government's evidentiary motions | September 3, 2026 |
|     Government's reply as to evidentiary motions | September 10, 2026 |

Motions in Limine

| | |
|---|---|
| Motions *in limine* by both sides | September 11, 2026 |
| Responses to motions *in limine* | September 18, 2026 |
| Replies as to motions *in limine* | September 23, 2026 |
| | |
| Joint notice of stipulations | September 29, 2026 |
| | |
| *Giglio*, Jencks Act, and Rule 26.2 material | August 28, 2026 |
| | |
| *Voir Dire* and Jury Instructions | August 3, 2026 |

Witness and Exhibit Lists[3]

| | |
|---|---|
| Government's witness list, exhibit list and exhibits | September 1, 2026 |
| Defendant's witness list, exhibit list and exhibits | September 15, 2026 |

Hearings

| | |
|---|---|
| Pretrial Conference | September 30, 2026 |

Additional pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court. **Trial is scheduled to begin on October 14, 2026.**

    **SO ORDERED.**

*/s/ Colleen Kollar-Kotelly*
_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

---

[3] Excluding impeachment exhibits.