**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RICHARD GRAHAM FOOTE O'DONOGHUE,<br><br>     *Defendant.* | Case No. 1:24-cr-00566 CKK |

## DECLARATION AND WAIVER OF EXTRADITION

I, GRAHAM O'DONOGHUE, declare pursuant to 28 U.S.C § 1746 as follows:

1.      I am released pending trial in the above-captioned matter, subject to conditions that require me to obtain Court approval for travel outside the continental United States.

2.      On June 3, 2026, the Court granted my motion for leave to travel to the United Kingdom to attend events associated with my son's school graduation.  The Court imposed certain conditions in relation to such travel, including execution of an irrevocable waiver of extradition.

3.      I do hereby waive any and all rights to contest extradition to the United States under the laws of any country, including but not limited to the United Kingdom, during the pendency of the above-captioned matter.  I will not seek any protection afforded by any extradition rights, any treaty, or any law of any country to contest extradition to the United States during this period.  I will not appeal any decision by any country ordering extradition to the United States during this period.

4.      I acknowledge and agree that this waiver shall have legally binding effect in any jurisdiction and is irrevocable. I further acknowledge that this waiver alone is sufficient to

1

support my extradition to the United States, and I agree not to contest the use of this waiver for that purpose.

5.      No representative, official, or officer of the United States or of any foreign government, nor any person whomsoever, has made any other promises or offered any other form of inducement nor made any threat or exercised any form of intimidation against me in relation to the execution of this waiver.  I execute this waiver of rights knowingly, voluntarily, and entirely of my own free will and accord.  I am satisfied with the advice of my counsel in regard to this waiver of rights.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the ____4th____ day of June 2026 in Washington, District of Columbia.

_____
Graham O'Donoghue

Dated: June 5, 2026

Respectfully submitted,

**WILLIAMS & CONNOLLY LLP**

_____
Tobin J. Romero
(DC Bar No. 461273)
Simon A. Latcovich
(DC Bar No. 980319)
Avery N. Wentworth
(DC Bar No. 1781677)
680 Maine Avenue SW
Washington, DC 20024
Tel.: (202) 434-5000
Email: TRomero@wc.com
Email: SLatcovich@wc.com

2